■ In the Matter of SHEYLA D. and Another, Infants. MARIA B., Appellant; ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [635 NYS2d 575] —Order unanimously affirmed without costs for reasons stated in decision at Onondaga County Family Court, Buck, J. (Appeal from Order of Onondaga County Family Court, Buck, J.—Terminate Parental Rights.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.